**Appeal Ordered Withdrawn and Opinion issued March 29, 2000**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-99-01858-CR

---

## DAVID ALFORD, Appellant

## V.

## STATE OF TEXAS, Appellee

---

**On Appeal from the 203rd District Court**
**Dallas County, Texas**
**Trial Court Cause No. F94-49350-HP**

---

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47